**VAN–019** Deficiency Notice – Petitions (BNC) – Rev. 07/02/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Danielle Washington
*( debtor has no known aliases )*
5316 Marthonna Way
Raleigh, NC 27616

CASE NO.: 19–02122–5–SWH

DATE FILED: May 9, 2019

CHAPTER: 7

## DEFICIENCY NOTICE

To: Danielle Washington

The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed

The Certificate of Completion of pre–petition Credit Counseling Course must be filed by **May 23, 2019** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: May 9, 2019

                                        Deputy Clerk